UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MOORE, et al.,<br><br>    Defendants. | Case No. 18-cv-04856-SI<br><br>**ORDER PERMITTING DEPOSITION VIA VIDEO CONFERENCE**<br><br>Re: Dkt. No. 23 |

Defendants wish to depose plaintiff at his prison in Soledad, California. Defense counsel's office is in Sacramento, California. To reduce travel time and expense, defendants request permission to take the deposition of plaintiff via video-conference. *See* Fed. R. Civ. P. 30(b)(4) (authorizing deposition by "telephone or other remote means" upon stipulation of the parties or court order). Defendants represent that defense counsel spoke with plaintiff about the plan and plaintiff had no objections. Plaintiff has not filed an objection in the two weeks since defendants filed their request. Upon due consideration, defendants' request is GRANTED. Docket No. 23. Defendants may take plaintiff's deposition via video conference.

**IT IS SO ORDERED**.

Dated: May 17, 2019

_____
SUSAN ILLSTON
United States District Judge