1.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. PEREZ,<br>        Plaintiff,<br>        v.<br>E. MOORE, et al.,<br>        Defendants. | Case No. 18-cv-04856-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 31 |

Defendants Franco, Moore, Peffley, and Salgado (the "correctional officials") have requested a third extension of the deadline to file a motion for summary judgment. Upon due consideration of the request and the accompanying declaration of attorney Annakarina De La Torre-Fennell, the request is GRANTED, although the extension will be for thirty days rather than the requested sixty days. Docket No. 31. The event defendants are waiting for, i.e., an amended complaint from plaintiff that is due on October 4, 2019, is not expected to change the claims against the correctional officials because the only problem the court identified in the original complaint concerned the claims against Dr. Bass rather than the claims against the correctional officials. The court now sets the following briefing schedule for the correctional officials: The correctional officials must file and serve their motion for summary judgment no later than **November 8, 2019**. Plaintiff must file and serve his opposition to that motion no later than **December 6, 2019**. The correctional officials must file and serve their reply (if any) in support of the motion for summary judgment no later than **December 20, 2019**.

The court also now sets the following briefing schedule for any dispositive motion from Dr. Bass: Dr. Bass must file and serve any motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure no later than **November 8, 2019**. Plaintiff must file and serve his opposition to that

motion no later than **December 6, 2019**.  Dr. Bass must file and serve his reply (if any) in support of the motion to dismiss no later than **December 20, 2019**.  If Dr. Bass files a motion for summary judgment instead of a Rule 12 motion to dismiss, he must file and serve the motion for summary judgment no later than **December 6, 2019.**  Plaintiff must file and serve his opposition to that motion no later than **January 3, 2020**.  Dr. Bass must file and serve his reply (if any) in support of the motion for summary judgment no later than **January 17, 2020**.

**IT IS SO ORDERED**.

Dated: September 24, 2019

_____
SUSAN ILLSTON
United States District Judge