UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. PEREZ,<br>Plaintiff,<br>v.<br>E. MOORE, et al.,<br>Defendants. | Case No. 18-cv-04856-SI<br><br>**SCHEDULING ORDER**<br>Re: Dkt. No. 33 |

Plaintiff has requested a 20-day extension of the deadline to file his amended complaint. Upon due consideration of the request and accompanying declarations, the court GRANTS the request. Docket No. 33. Plaintiff must file and serve his amended complaint no later than **October 25, 2019.** No further extensions of this deadline should be expected. The extension of the deadline for the amended complaint also requires other deadlines to be extended.

The court now sets the following briefing schedule for the correctional officials: The correctional officials must file and serve their motion for summary judgment no later than **November 22, 2019**. Plaintiff must file and serve his opposition to that motion no later than **December 20, 2019**. The correctional officials must file and serve their reply (if any) in support of the motion for summary judgment no later than **January 10, 2020**.

The court also now sets the following briefing schedule for any dispositive motion from Dr. Bass: Dr. Bass must file and serve any motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure no later than **November 22, 2019**. Plaintiff must file and serve his opposition to that motion no later than **December 20, 2019**. Dr. Bass must file and serve his reply (if any) in support of the motion to dismiss no later than **January 10, 2020**. If Dr. Bass files a motion for summary judgment instead of a Rule 12 motion to dismiss, he must file and serve the motion for

summary judgment no later than **December 20, 2019.** Plaintiff must file and serve his opposition to that motion no later than **January 17, 2020**. Dr. Bass must file and serve his reply (if any) in support of the motion for summary judgment no later than **January 31, 2020**.

**IT IS SO ORDERED**.

Dated: October 11, 2019

_____
SUSAN ILLSTON
United States District Judge