UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. PEREZ,<br>　　　　Plaintiff,<br>　　v.<br>E. MOORE, et al.,<br>　　　　Defendants. | Case No. 18-cv-04856-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 43 |

Plaintiff's *ex parte* application for an extension of the deadline to file his opposition to defendants' motion for summary judgment is GRANTED. Docket No. 43. Plaintiff must file and serve his opposition to the motion for summary judgment no later than **February 28, 2020**. *This deadline will not be further extended because, by the time it arrives, plaintiff will have had more than three months to prepare his opposition.* Defendants must file and serve their reply (if any) in support of the motion for summary judgment no later than **March 13, 2020**.

The court also extends the deadline for plaintiff to file an opposition to Dr. Bass' motion to dismiss. Plaintiff must file and serve his opposition to the motion to dismiss no later than **February 28, 2020**. *This deadline will not be further extended because, by the time it arrives, plaintiff will have had more than three months to prepare his opposition.* Defendant Dr. Bass must file and serve his reply (if any) in support of the motion to dismiss no later than **March 13, 2020.**

**IT IS SO ORDERED**.

Dated: January 13, 2020

_____
SUSAN ILLSTON
United States District Judge