UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MOORE, et al.,<br><br>    Defendants. | Case No. 18-cv-04856-SI<br><br>**JUDGMENT** |

Judgment is now entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 29, 2020

_____
SUSAN ILLSTON
United States District Judge